FILED
CLERK, U.S. DISTRICT COURT
SEP 19 2013
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TOMIKA WALL,<br>Defendant. | CASE NO. CR 11-00915-MWF<br><br>ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

    (A)  (X)  the appearance of defendant as required; and/or

    (B)  (X)  the safety of any person or the community.

//
//

The court concludes:

A. (✓) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_Her conduct is not in line with her prior criminal history._

(B) (✓) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

_She will comply with conditions given the instant allegations_

IT IS ORDERED that defendant be detained.

DATED: _9.19.2013_

HONORABLE JAY C. GANDHI
UNITED STATES MAGISTRATE JUDGE

2